**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 125431

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Taggart,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>El Aviso de Ocasion, Inc. d/b/a El Aviso Magazine,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00703-MAA<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Maria A. Audero<br>Complaint Filed: January 31, 2023 |

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that John Taggart ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant have settled all claims between them in this matter and are in the process of documenting and performing their settlement obligations. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: March 10, 2023

**SANDERS LAW GROUP**

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 125431
*Attorneys for Plaintiff*

Case No. 2:23-cv-00703-MAA

NOTICE OF SETTLEMENT